UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIA GARCIA,

               Plaintiff,

    -v-

CAROLYN W. COLVIN,

               Defendant.

24-CV-09947 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff Dania Garcia is hereby awarded attorney's fees in the amount of $7,740.00, plus

filing costs of $405.00, pursuant to the amount stipulated to by the Commissioner of the Social

Security Administration.

    SO ORDERED.

Dated: March 9, 2026
      New York, New York

                                  J. PAUL OETKEN
                             United States District Judge